United States District Court
Southern District of Texas
**ENTERED**
May 18, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEREK A. RICHARDSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. H-22-645 |
| v. | § | |
| | § | |
| BRYAN COLLIER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On April 25, 2022, the court dismissed this case without prejudice because the plaintiff, Derek A. Richardson (TDCJ # 01938366), an inmate in the Texas Department of Criminal Justice – Correctional Institutions Division, failed to comply with the clerk's notice of deficient pleading. Since this case's dismissal, Richardson has filed a certified statement of his inmate trust account; he has not, however, filed an amended complaint on an approved form as instructed by the clerk. Currently pending is Richardson's "Motion for Custody Assignment to be Viewed as a Retaliation on Plaintiff," which was docketed on May 2, 2022. (*See* Docket Entry No. 13).

Richardson still has not complied with the clerk's notice of deficient pleading because he has not submitted an amended complaint on an approved form. His "Motion for Custody Assignment to be Viewed as a Retaliation on Plaintiff" (Docket Entry No. 13) is denied without prejudice, and this case remains closed.

SIGNED on May 17, 2022, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge